**MATTHEW E. HESS, ATTORNEY AT LAW**
Matthew E. Hess, SB# 214732
  Email: matthew.hess@hesslawyers.com
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: 310.751.7544
Facsimile:  310.464.0397

Attorney for Plaintiff JONROCCON LLC

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
  Email: Roger.Raphael@lewisbrisbois.com
HASSAN A. ABURISH, SB# 301458
  Email: Hassan.Aburish@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant FIREMAN'S FUND INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JONROCCON, LLC, a Connecticut limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 15-CV-02552 MEJ<br><br>**JOINT STIPULATION TO REMAND CASE TO SUPERIOR COURT OF MARIN COUNTY, CALIFORNIA; [PROPOSED] ORDER** |

**TO THE COURT:**

Plaintiff JONROCCON, LLC and Defendant FIREMAN'S FUND INSURANCE COMPANY, INC., by their respective counsel of record, hereby stipulate as follows:

**WHEREAS** this lawsuit was originally filed in the Superior Court of Marin County, California;

**WHEREAS** on June 9, 2015, Defendant FIREMAN'S FUND INSURANCE COMPANY, INC., removed this case to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1332(a) (diversity of citizenship);

**WHEREAS** after meeting and conferring, the parties have agreed that diversity jurisdiction does not lie in this Court because Defendant Fireman's Fund is a citizen of the State of California. *See* 28 U.S.C. § 1441(b)(2).

**WHEREFORE IT IS HEREBY STIPULATED AND AGREED** that this action should be remanded to the Superior Court of Marin County, California.

**IT IS SO STIPULATED.**

| Dated: July 8, 2015 | MATTHEW E. HESS, ATTORNEY AT LAW |
| --- | --- |
| | */s/ Matthew E. Hess* |
| | Matthew E. Hess, Esq. |
| | Attorney for Plaintiff |
| | JONROCCON, LLC |

| Dated: July 8, 2015 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| --- | --- |
| | */s/ Roger S. Raphael* |
| | Roger S. Raphael |
| | Hassan A. Aburish |
| | Attorneys for Defendant |
| | FIREMAN'S FUND INSURANCE COMPANY |

**I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.**

| Dated: July 8, 2015 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| --- | --- |
| | */s/ Roger S. Raphael* |
| | Roger S. Raphael |
| | Hassan A. Aburish |
| | Attorneys for Defendant |
| | FIREMAN'S FUND INSURANCE COMPANY |



# ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED** that this action be remanded to the Superior Court of Marin County, California.

Dated: July 8, 2015

_____
Hon.  Maria-Elena James
UNITED STATES MAGISTRATE JUDGE



4844-8725-5589.1

15-CV-02552 MEJ

**[PROPOSED] ORDER**