**MATTHEW E. HESS, ATTORNEY AT LAW**
Matthew E. Hess, SB# 214732
  Email: matthew.hess@hesslawyers.com
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: 310.751.7544
Facsimile:  310.464.0397

Attorney for Plaintiff JONROCCON LLC

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
  Email: Roger.Raphael@lewisbrisbois.com
HASSAN A. ABURISH, SB# 301458
  Email: Hassan.Aburish@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant FIREMAN'S FUND INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JONROCCON, LLC, a Connecticut limited liability company,<br><br>                     Plaintiff,<br><br>          vs.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California corporation; and DOES 1 through 50, inclusive,<br><br>                     Defendants. | CASE NO. 15-CV-02552 MEJ<br><br>**JOINT STIPULATION TO REMAND CASE TO SUPERIOR COURT OF MARIN COUNTY, CALIFORNIA; [~~PROPOSED~~] ORDER** |

**TO THE COURT:**

Plaintiff JONROCCON, LLC and Defendant FIREMAN'S FUND INSURANCE COMPANY, INC., by their respective counsel of record, hereby stipulate as follows:

**WHEREAS** this lawsuit was originally filed in the Superior Court of Marin County, California;

**WHEREAS** on June 9, 2015, Defendant FIREMAN'S FUND INSURANCE COMPANY, INC., removed this case to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1332(a) (diversity of citizenship);

1    **WHEREAS** after meeting and conferring, the parties have agreed that diversity jurisdiction
2 does not lie in this Court because Defendant Fireman's Fund is a citizen of the State of California.
3 *See* 28 U.S.C. § 1441(b)(2).

4    **WHEREFORE IT IS HEREBY STIPULATED AND AGREED** that this action should be
5 remanded to the Superior Court of Marin County, California.

6    **IT IS SO STIPULATED.**

Dated: July 9, 2015           MATTHEW E. HESS, ATTORNEY AT LAW
                                           */s/ Matthew E. Hess*
                                           Matthew E. Hess, Esq.
                                           Attorney for Plaintiff
                                           JONROCCON, LLC

Dated: July 9, 2015           LEWIS BRISBOIS BISGAARD & SMITH LLP
                                           */s/ Roger S. Raphael*
                                           Roger S. Raphael
                                           Hassan A. Aburish
                                           Attorneys for Defendant
                                           FIREMAN'S FUND INSURANCE COMPANY

**I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.**

Dated: July 9, 2015           LEWIS BRISBOIS BISGAARD & SMITH LLP
                                           */s/ Roger S. Raphael*
                                           Roger S. Raphael
                                           Hassan A. Aburish
                                           Attorneys for Defendant
                                           FIREMAN'S FUND INSURANCE COMPANY



# ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED** that this action be remanded to the Superior Court of Marin County, California.

Dated: July 9, 2015

_____
Hon. Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

4844-8725-5589.1

15-CV-02552 MEJ

**[PROPOSED] ORDER**